IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| LESSIE GLANTON, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>)<br>MICHELIN NORTH AMERICA )<br>USA, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>1:11cv260-MHT<br>(WO) |

OPINION

Plaintiff Lessie Glanton filed this lawsuit charging defendant Michelin North America, USA, with employment discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 1981a, 2000e to 2000e-17.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Glanton's case be dismissed without prejudice for want of prosecution.  After an independent and de novo review of the record, the court concludes that the magistrate

judge's recommendation, to which there are no objections, should be adopted.

An appropriate judgment will be entered.

DONE, this the 1st day of December, 2011.

                                         /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**