```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


LESSIE GLANTON,              )
                             )
    Plaintiff,               )
                             )       CIVIL ACTION NO.
    v.                       )         1:11cv260-MHT
                             )            (WO)
MICHELIN NORTH AMERICA       )
USA,                         )
                             )
    Defendant.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 24) is adopted.

(2) This lawsuit is dismissed without prejudice.

(3) Defendant Michelin North America, USA's motion to dismiss (Doc. No. 5) is denied as moot.

It is further ORDERED that costs are taxed against plaintiff Lessie Glanton, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 1st day of December, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**